```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  Telephone: (916) 554-2700

 5  Attorneys for the United States
```

**FILED**

JUL 27 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CV-01964-GEB-KJN |
| ) | |
| Plaintiff, ) | **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |
| ) | |
| v. ) | |
| ) | |
| APPROXIMATELY $18,040.00 IN ) | |
| U.S. CURRENCY, and ) | |
| ) | |
| APPROXIMATELY $9,410.00 IN ) | |
| U.S. CURRENCY, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

WHEREAS, a Verified Complaint for Forfeiture In Rem has been filed on July 26, 2011, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $18,040.00 in U.S. Currency and the defendant Approximately $9,410.00 in U.S. Currency (hereafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 et seq.;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture In Rem and the affidavit of Drug

1 Enforcement Administration Task Force Officer David Stevenson,
2 there is probable cause to believe that the defendant currency so
3 described constitutes property that is subject to forfeiture for
4 such violation(s), and that grounds for the issuance of a Warrant
5 for Arrest of Articles In Rem exist, pursuant to Rule G(3)(b)(i)
6 of the Supplemental Rules for Admiralty or Maritime Claims and
7 Asset Forfeiture Actions;

8     IT IS HEREBY ORDERED that the Clerk for the United States
9 District Court, Eastern District of California, shall issue a
10 Warrant for Arrest of Articles In Rem for the defendant currency.
11 Dated: July 27, 2011

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
United States Magistrate Judge