BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CV-01964-GEB-KJN |
| Plaintiff, | ) | **APPLICATION AND ORDER** |
| | ) | **FOR PUBLICATION** |
| v. | ) | |
| APPROXIMATELY $18,040.00 IN U.S. CURRENCY, and | ) | |
| APPROXIMATELY $9,410.00 IN U.S. CURRENCY, | ) | |
| Defendants. | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.  Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper

or other vehicle for publication;

3. The defendant Approximately $18,040.00 in U.S. Currency and defendant Approximately $9,410.00 in U.S. Currency ("defendant currency") was seized in the city of Grass Valley, in Nevada County, California. The Drug Enforcement Administration published notice of the non-judicial forfeiture of the defendant currency on March 21, 28 and April 4, 2011, in *The Wall Street Journal*.

4. Plaintiff proposes that publication be made as follows:

    a. One publication;

    b. Thirty (30) consecutive days;

    c. On the official internet government forfeiture site www.forfeiture.gov;

    d. The publication is to include the following:

        (1) The Court and case number of the action;

        (2) The date of the seizure/posting;

        (3) The identity and/or description of the property seized/posted;

        (4) The name and address of the attorney for the Plaintiff;

        (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

        (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure

("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 7/26/11         BENJAMIN B. WAGNER
                       United States Attorney


                  By:  /s/ Kevin C. Khasigian
                       KEVIN C. KHASIGIAN
                       Assistant U.S. Attorney


                       **ORDER**

    IT IS SO ORDERED.
DATED:  July 28, 2011


                       _____
                       KENDALL J. NEWMAN
                       UNITED STATES MAGISTRATE JUDGE