BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-01964-GEB-KJN |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | (~~PROPOSED~~) |
| APPROXIMATELY $18,040.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $9,410.00 IN U.S. CURRENCY, | |
| Defendants. | |

This matter came before the Honorable Judge Kendall J. Newman on the United States' *ex parte* motion for default judgment. There has been no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose the United States' motion. Based on the United States' motion and the court's record, THE COURT FINDS as follows:

   1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed July 26, 2011 (Dkt. No. 1).

   2. The United States has moved this Court, pursuant to Local Rule 540(d), for entry of default judgment of forfeiture

against potential claimants Kenny J. Heim and Patrick Harding.

3. The United States has shown that a complaint for forfeiture was filed; that potential claimants Kenny J. Heim and Patrick Harding received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's ex parte motion for default judgment (Dkt. No. 13) be granted.

2. A judgment by default be entered against any right, title, or interest of potential claimants Kenny J. Heim and Patrick Harding in the defendant currency referenced above in the caption.

3. A final judgment be entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law.

4. The Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Garland E. Burrell, Jr. and filed by the Clerk of the Court.

DATED: October 4, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE