## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
### 501 "I" STREET
### SACRAMENTO, CA  95814

**UNITED STATES OF AMERICA**

**DEFAULT JUDGMENT**

**v.**

**Case No. CIV S-2:11-cv-1964 GEB KJN**

**Approximately $18,040 in U.S. Currency et al**

_____

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**Approximately $18,040 and $9,410 in U.S. Currency**

November 10, 2011

VICTORIA C. MINOR, CLERK

By: _/s/NDDuong_____
NDDuong, Deputy Clerk